THE STATE OF OHIO, APPELLEE, *v.* BACK, APPELLANT.

[Cite as *State v. Back,* 105 Ohio St.3d 129, 2005-Ohio-782.]

(No. 2003–2182—Submitted February 16, 2005—Decided March 16, 2005.)

David H. Bodiker, State Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* BARLOW, APPELLANT.

[Cite as *State v. Barlow,* **105 Ohio St.3d 130, 2005-Ohio-790.**]

(No. 2004–0049—Submitted February 16, 2005—Decided March 16, 2005.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. White,* 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.